IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR032 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | MOTION FOR AUTHORIZATION TO PROVIDE DEFENSE COUNSEL A COPY |
| STERLING H. ROBERTS (1) | : | OF THE SEALED APPLICATIONS, SUPPORTING AFFIDAVITS, SEARCH |
| Defendant. | : | WARRANTS AND RETURNS WITH LIMITED DISSEMINATION |
| | : | |

_____

Now comes the United States, by counsel, and respectfully requests authorization to provide James P. Fleisher, Esq. and Donald J. Malarcik, Esq., counsel for defendant STERLING H. ROBERTS a copy of the sealed Applications, Supporting Affidavits, Search Warrants and Returns as to:

    a.    3:18MJ052, 3:18MJ053 and 3:18MJ054 issued on January 29, 2018;

    b.    3:18MJ082, 3:18MJ083 and 3:18MJ084 issued on January 31, 2018;

    c.    3:18MJ089, 3:18MJ090, 3:18MJ091 and 3:18MJ093 issued on February 5, 2018;

    d.    3:18MJ137, 3:18MJ138, 3:18MJ139, 3:18MJ140, 3:18MJ141 and 3:18MJ149 issued on February 27, 2018;

    e.    3:18MJ151 issued February 28, 2018; and

    f.    3:18MJ203, 3:18MJ204 and 3:18MJ205 issued March 14, 2018

in the above captioned case without dissemination of a hard copy of the documents other than orally to their respective client.  Further, the United States would request the Applications, Supporting Affidavits, Search Warrants and Returns in:

    a.    3:18MJ052, 3:18MJ053 and 3:18MJ054 issued on January 29, 2018;

    b.    3:18MJ082, 3:18MJ083 and 3:18MJ084 issued on January 31, 2018;

    c.    3:18MJ089, 3:18MJ090, 3:18MJ091 and 3:18MJ093 issued on February 5, 2018;

    d.    3:18MJ137, 3:18MJ138, 3:18MJ139, 3:18MJ140, 3:18MJ141 and 3:18MJ149 issued on February 27, 2018;

    e.    3:18MJ151 issued February 28, 2018; and

    f.    3:18MJ203, 3:18MJ204 and 3:18MJ205 issued March 14, 2018

remain under seal in their entirety until such time as ordered by the Court.

    Respectfully submitted,

    BENJAMIN C. GLASSMAN
    United States Attorney

    s/Amy M. Smith
    AMY M. SMITH (0081712)
    MICHAEL J. HUNTER (0076815)
    Assistant United States Attorneys
    Attorneys for Plaintiff
    200 West Second Street
    Suite 600
    Dayton, Ohio 45402
    (937) 225-2910
    Fax: (937) 225-2564
    Amy.Smith2@usdoj.gov
    Michael.Hunter@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served this 18th day of January, 2019, electronically on: James P. Fleisher, Esq. and Donald J. Malarcik, Esq.

    s/Amy M. Smith
    AMY M. SMITH (0081712)
    Assistant United States Attorney