IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR032 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | ORDER AUTHORIZING THE UNITED STATES TO PROVIDE DEFENSE |
| STERLING H. ROBERTS (1) | : | COUNSEL A COPY OF THE SEALED APPLICATIONS, SUPPORTING |
| Defendant. | : | AFFIDAVITS, SEARCH WARRANTS AND RETURNS WITH LIMITED |
| | : | DISSEMINATION |

Upon Motion of the United States and for good cause shown, the United States is hereby authorized to provide James P. Fleisher, Esq. and Donald J. Malarcik, Esq., counsel for defendant STERLING H. ROBERTS, a copy of the sealed Applications, Supporting Affidavits, Search Warrants and Returns as to:

a.    3:18MJ052, 3:18MJ053 and 3:18MJ054 issued on January 29, 2018;

b.    3:18MJ082,  3:18MJ083 and 3:18MJ084 issued on January 31, 2018;

c.    3:18MJ089, 3:18MJ090, 3:18MJ091 and 3:18MJ093 issued on February 5, 2018;

d.    3:18MJ137, 3:18MJ138, 3:18MJ139, 3:18MJ140, 3:18MJ141 and 3:18MJ149 issued on February 27, 2018;

e.    3:18MJ151 issued February 28, 2018; and

f.    3:18MJ203, 3:18MJ204 and 3:18MJ205 issued March 14, 2018

in the above captioned case without dissemination of a hard copy of the documents other than orally to his respective client.  Further, the Applications, Supporting Affidavits, Search Warrants and Returns as to:

a.    3:18MJ052, 3:18MJ053 and 3:18MJ054 issued on January 29, 2018;

b.      3:18MJ082, 3:18MJ083 and 3:18MJ084 issued on January 31, 2018;

c.      3:18MJ089, 3:18MJ090, 3:18MJ091, 3:18MJ093 issued on February 5, 2018;

d.      3:18MJ137, 3:18MJ138, 3:18MJ139, 3:18MJ140, 3:18MJ141 and 3:18MJ149 issued on February 27, 2018;

e.      3:18MJ151 issued February 28, 2018; and

f.      3:18MJ203, 3:18MJ204 and 3:18MJ205 issued March 14, 2018

shall remain under seal in their entirety until such time as ordered by the Court.


1/22/19
_____
DATE

_____
JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT