# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

      Plaintiff,

-vs-                                                       Case No. 3:18-CR-32-01

**STERLING ROBERTS**

      Defendant.

## SCHEDULING ORDER

This matter came before the Court on March 12, 2019, for a scheduling conference. Counsel for the Government and counsel for the Defendant were present. At the scheduling conference, counsel agreed upon the following schedule:

1. On or before **December 31, 2019,** counsel for the Defendant shall provide to the U.S. Attorney any mitigating evidence or argument that it intends to present regarding whether the death penalty should be sought.
2. If the U.S. Attorney's Office intends to seek the death penalty, notice of that intent shall be filed and served upon the Defendant no later than **May 1, 2020.**

Further, for the reasons stated in this Court's previous Order (doc. 143) filed February 7, 2019, no further dates shall be set until such time is practicable.

**IT IS SO ORDERED.**

Dated: March 12, 2019

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE