# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                        Case No.   3:18-CR-32-01

**STERLING ROBERTS  - 01,**

        **Defendant.**

---

## ORDER SETTING BRIEFING SCHEDULE ON
## DEFENDANT'S MOTION IN LIMINE (DOC. 317)

---

      Pursuant to the Telephone Conference held July 15, 2021, this Court would set the following briefing schedule on Defendant's Motion in Limine to Exclude Attorney-Client Privileged Communications (doc. 317).  With the transcript available on **July 13, 2021,** the Court would ORDER the following schedule apply:

    1. Memorandum in Support due:                                  **August 4, 2021**

    2. Response to the Memorandum in Support due:               **August 24, 2021**

    3. Reply to the Response to the Memorandum in Support:     **September 3, 2021**

    4. Motion(s) to Suppress Hearing:                 **September 3, 2021 at 9:00 a.m.**

    5. Jury Trial:                                            **March 7, 2022 at 9:00 a.m.**

**DONE** and **ORDERED** in Dayton, Ohio, this 19th  day of July 2021.

                                              *s/Thomas M. Rose*

                                              _____
                                              THOMAS M. ROSE
                                              UNITED STATES DISTRICT JUDGE