UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18-CR-032 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | <u>VERDICT</u> |
| STERLING H. ROBERTS, | : | |
| Defendant. | : | |

## <u>Count One</u>

On this 23rd day of March 2022, we, the jury, in the above-entitled action, hereby FIND defendant STERLING H. ROBERTS:

✓ Guilty

_____ Not guilty

of Cyberstalking placing a person in reasonable fear of death or serious bodily injury, as charged in Count One of the Superseding Indictment.



## Count Two

On this 23rd day of March 2022, we, the jury, in the above-entitled action, hereby FIND defendant STERLING H. ROBERTS:

_____✓_____ Guilty

_____ Not guilty

of Possession of a Firearm by a Convicted Felon as charged in Count Two of the Superseding Indictment.



## Count Three

On this  23rd  day of March 2022, we, the jury, in the above-entitled action, hereby FIND defendant STERLING H. ROBERTS:

    ✓     Guilty

    ____     Not guilty

of Interstate Stalking as charged in Count Three of the Superseding Indictment.

**Note**: If you found the defendant "guilty" of the crime charged in Count Three of the Superseding Indictment, you *must* answer the following interrogatory.

**Interrogatory #1:**  Does the jury unanimously find, beyond a reasonable doubt, that the crime charged in Count Three of the Superseding Indictment resulted in the death of Robert Caldwell?

    ✓     Yes

    ____     No