# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:18-CR-00032-01 |
| v. | : | Judge Thomas M. Rose |
| STERLING H. ROBERTS, | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §§ 636(b)(1)(A), (b)(1)(B), (b)(1)(C), and (b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Michael R. Merz.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 25, 2025.

                                                s/Thomas M. Rose
                                        _____
                                        THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE